**Attachment 4 - Motion to Proceed in Forma Pauperis**

FILED

AO 240  (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

2016 JUN 14  PM 12: 12

WESTERN _____  for the
District of _____ TEXAS

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY CLERK

STEVEN M. CISNEROS _____ )
_____ )
Plaintiff )
v. )   Civil Action No.
ALORICA Inc. (WEST CORP) )
_____ )
Defendant )

## SA16CA0542 FB

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ N/A _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
       I AM NOT EMPLOYED AT PRESENT      06-13-2016

My take-home pay or wages are:  $ ____ N/A _____ per *(specify pay period)*   N/A _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment         ☐ Yes      ☑ No
(b) Rent payments, interest, or dividends                  ☐ Yes      ☑ No
(c) Pension, annuity, or life insurance payments           ☐ Yes      ☑ No
(d) Disability, or worker's compensation payments          ☐ Yes      ☑ No
(e) Gifts, or inheritances                                 ☐ Yes      ☑ No
(f) Any other sources                                      ☑ Yes      ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

    I HAVE RECEIVED $600.00 FROM A FRIENDS ( TWO FORMER CO-WORKERS AT UTSA )
    My April and May RENT WERE PAID with loan or gift money.
        RENT = $459.00 PER MONTH
        ELECTRICITY = $35.00 PER MONTH

**Rev. Ed. April 21, 2009**                                                                 **32**

AO 240  (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:     $ __0.00_____.

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

My inheritance from my deceased eldery father Antonio Cisneros was completely lost. The Bexar County Courthouse Probate court 1 and 2 refused to process. The mortgage company USBank foreclosed October 2015 and all personal property in the house was destroyed including the 2001 Isuzo Trooper 4WD truck. My deceased father's equity was about $45,000.00

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I was forced from my apartment at 6802 UTSA Blvd. A 4307 B. I moved out June 04, 2016 because I did not have $500.00 rent.

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Federal student loans : not sure of balance. IRS offset $975.00 tax return last year.

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: __06-14-2016_____

_____
*Applicant's signature*

_____STEVEN M. CISNEROS_____
*Printed name*

Rev. Ed. April 21, 2009                                                                                     33